**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

Civil Action No.: 18-cv-00640

STUDENT LOAN SERVICING ALLIANCE
1100 Connecticut Avenue NW
Suite 1200
Washington D.C. 20036,

    Plaintiff,

v.

STEPHEN C. TAYLOR
The District of Columbia Department of Insurance
Securities and Banking
1050 First Street, NE, Suite 801
Washington, DC 20002;

CHARLES A. BURT
The District of Columbia Department of Insurance
Securities and Banking
1050 First Street, NE, Suite 801
Washington, DC 20002; and

DISTRICT OF COLUMBIA
East Capitol Street
NE and 1st Street
Washington, DC, 20004.

    Defendants.

**NOTICE OF ERRATA**

On March 20, 2018 [ECF #1], Plaintiff Student Loan Servicing Alliance ("SLSA") filed its Complaint in this matter. An incorrectly formatted case caption was submitted. Pursuant to LCvR 5.1 (c), attached hereto is the corrected case caption on the first page of the Complaint.

Respectfully submitted this 22nd day of March 2018.

                               BROWNSTEIN HYATT FARBER SCHECK, LLP

                               By:    *s/ Christopher O. Murray*
                                             Richard B. Benenson – D.C. Bar No. 459250
                                             Christopher O. Murray – D.C. Bar No. CO0063
                                             410 17th Street, Suite 2200
                                             Denver, CO 80202
                                             Telephone: 303.223.1100
                                             Fax: 303.223.1111
                                             Email: rbenenson@bhfs.com
                                                                  cmurray@bhfs.com

                                             *Attorneys for Plaintiff Student Loan Servicing Alliance*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

Civil Action No.:

STUDENT LOAN SERVICING ALLIANCE
1100 Connecticut Avenue NW
Suite 1200
Washington D.C. 20036,

    Plaintiff,

v.

STEPHEN C. TAYLOR
The District of Columbia Department of Insurance
Securities and Banking
1050 First Street, NE, Suite 801
Washington, DC 20002;

CHARLES A. BURT
The District of Columbia Department of Insurance
Securities and Banking
1050 First Street, NE, Suite 801
Washington, DC 20002; and

DISTRICT OF COLUMBIA
East Capitol Street
NE and 1st Street
Washington, DC, 20004.

    Defendants.

## COMPLAINT

Plaintiff Student Loan Servicing Alliance, ("SLSA" or "Plaintiff"), through undersigned counsel, hereby submits its Complaint against Defendants Stephen C. Taylor, Commissioner, Department of Securities, Insurance and Banking; Charles A. Burt, Student Loan and Foreclosure Ombudsman; and the District of Columbia (collectively "Defendants") as follows: