UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| STUDENT LOAN SERVICING ALLIANCE, | ) ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) ) | Civil Action No. 18-0640 (PLF) |
| DISTRICT OF COLUMBIA, et al., | ) ) ) | |
| Defendants. | ) ) | |

## ORDER

Plaintiff filed a complaint on March 20, 2018, challenging District of Columbia Law 21-214 and the District of Columbia's emergency rules regulating servicers of federal student loans. On April 25, 2018, Defendants filed a motion [Dkt. No. 7] for an extension of time to respond to plaintiff's complaint until June 5, 2018, to which plaintiff filed its opposition [Dkt. No. 8] on April 27, 2018. In addition, on that same day, plaintiff filed a motion [Dkt. No. 9] to expedite discovery, summary judgment deadlines, and trial.

Upon consideration of the parties' briefings and the entire record in this case, it is hereby

ORDERED that defendants' motion [Dkt. No. 7] for an extension of time to respond to plaintiff's complaint is GRANTED IN PART AND DENIED IN PART; it is

FURTHER ORDERED that defendants shall respond to plaintiff's complaint on or before May 21, 2018; it is

FURTHER ORDERED that the parties shall appear for a hearing on plaintiff's motion [Dkt. No. 9] to expedite discovery, summary judgment deadlines, and trial at 9:45 a.m. on May 30, 2018; and it is

FURTHER ORDERED that the parties shall meet and confer prior to the motion hearing and submit to the Court, in compliance with Local Civil Rule 16.3 and Rules 16(b) and 26(f) of the Federal Rules of Civil Procedure, a joint report outlining the parties' discovery plan, and including the matters to which the parties agree and their respective positions on matters to which they disagree, and proposing a scheduling order.  The parties' shall submit their joint report on or before May 23, 2018.

SO ORDERED.SO ORDERED.

_____/s/_____
PAUL L. FRIEDMAN
DATE:  April 30, 2018                                                       United States District Judge