# EXHIBIT Q



MEMORANDUM

TO: ▮▮▮▮▮

FROM: Patrick A. Bradfield
Director, Federal Student Aid Acquisitions
U.S. Department of Education

DATE: December 27, 2017

SUBJECT: Ownership of and Access to U.S Department of Education Records and Data

---

The U.S. Department of Education (Department) through its office of Federal Student Aid (FSA) maintains individually identifying information regarding the application for, distribution of, and repayment and collection of federal student loans and grants authorized pursuant to Title IV of the Higher Education Act (HEA) of 1965, as amended. The Privacy Act of 1974, as amended by 5 U.S.C. § 552a (Privacy Act), protects any such information in records regarding such applications, loans, and grants that the Department maintains in any system of records. A "system of records" is a group of records under the Department's control from which information is retrieved by the name of the individual or by some other unique identifier assigned to the individual. The Department cannot collect, maintain, use, or disseminate such information without complying with the Privacy Act, which provides for civil and criminal penalties for the unlawful release of protected information. The Privacy Act requires the Department to publish in the Federal Register a System of Records Notice (SORN) when establishing any new system of records or when making significant changes to an existing system of records.

All federal loan servicers, private collection agencies, and other Department contractors who support the federal student aid programs must comply with the requirements of the Privacy Act when they access or use Privacy Act-protected records of the Department. All records maintained in any Department systems of records to which the Department provides its contractors access remain at all times records of the Department, not records of a contractor. Any request from any third party for Department records to which a contractor has access must be made directly to the Department, where it will be evaluated for compliance with the requirements of the Privacy Act, unless the contract has specifically provided otherwise.

The procedures for submitting Privacy Act and Freedom of Information Act requests to the Department are found at 34 CFR Part 5 Subpart C and § 5b.5 and on the Department's website, respectively, at:

- [http://www.ed.gov/policy/gen/leg/foia/request_privacy.html](http://www.ed.gov/policy/gen/leg/foia/request_privacy.html); and
- [http://www.ed.gov/policy/gen/leg/foia/request_foia.html](http://www.ed.gov/policy/gen/leg/foia/request_foia.html)

The Department's compilation of SORNs is available at [https://www2.ed.gov/notices/ed-pia.html](https://www2.ed.gov/notices/ed-pia.html).

Any questions concerning this Memorandum should be directed to your Contracting Officer.