# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

STUDENT LOAN SERVICING
ALLIANCE,

    Plaintiff,

v.

STEPHEN C. TAYLOR;
CHARLES A. BURT; and
DISTRICT OF COLUMBIA,

    Defendants.

Civil Action No. 1:18-cv-0640 (PLF)

## DECLARATION OF BARRY S. GOLDSTEIN

I, Barry S. Goldstein, declare the following to be a true and correct statement of facts:

1. I am over the age of 18 and competent to testify to the matters herein.

2. I am employed by the United States Department of Education's (Education) Office of Federal Student Aid (FSA) as the Chief Data Officer. In this capacity, I am responsible for the Enterprise Data Warehouse and Analytics (EDWA) system and FSA's Data Request Fulfillment Team. I make the following statements based on my personal knowledge and upon information furnished to me in the course of my official duties.

3. The following information is based on a review of information compiled from EDWA, which serves as a repository for information regarding FSA's financial aid programs, including on outstanding loan balances from the federal student aid loan portfolio. EDWA is FSA's centralized platform for analytics and reporting data on federal student aid lifecycle data.

4. Based on data queried from Education's EDWA system, as of June 25, 2018, Education managed a balance of approximately $5.1 billion in federal student loan principal and interest owed by borrowers with a mailing address located in the District of Columbia. These loans relate to approximately 91,700 individual borrowers. This outstanding balance managed by Education includes Direct Loans and Federal Family Education Loan Program (FFELP) Loans owned by Education. Education also holds Perkins Loans from borrowers with a mailing address located in the District of Columbia that are not included in this total.

5. Education contracts with nine student loan servicers to service Direct Loans and Education-held FFELP Loans:
    - Great Lakes Educational Loan Services, Inc.
    - Higher Education Servicing Corporation (all servicing done under the name "EdFinancial Services")
    - Missouri Higher Education Loan Authority (MOHELA)
    - New Hampshire Higher Education Loan Corporation (NHHELC) (servicing federal student loans through Granite State Management and Resources).
    - Navient, LLC
    - Nelnet Servicing, LLC
    - Oklahoma Student Loan Authority (OSLA)
    - Pennsylvania Higher Education Assistance Agency (PHEAA) (services federal student loans through the brand "FedLoan Servicing")
    - Utah Higher Education Assistance Authority (services federal student loans through its CornerStone Education Loan Services program)

All nine servicers currently service loans for borrowers with a mailing address in the District of Columbia.

I declare under penalty of perjury, pursuant to the provisions of 28 U.S.C. § 1746, that the foregoing is based on information prepared and validated by multiple subject matter experts and is true and correct to the best of my knowledge.

_____
- Barry Goldstein
Chief Data Officer
Federal Student Aid
United States Department of Education

Executed on this 21 day of August, 2018.