**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRCT OF COLUMBIA**

| | |
|---|---|
| STUDENT LOAN SERVICING ALLIANCE,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>STEPHEN C. TAYLOR, ET AL.,<br><br>　　　　　　Defendants. | Civil Action No. 18-640 (PLF) |

**UNOPPOSED MOTION OF THE LAWYERS' COMMITTEE FOR CIVIL RIGHT UNDER LAW, THE CENTER FOR RESPONSIBLE LENDING, AND THE NATIONAL STUDENT LEGAL DEFENSE NETWORK FOR LEAVE TO FILE BRIEF *AMICUS CURIAE* IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS**

The Lawyers' Committee for Civil Rights Under Law, the Center for Responsible Lending, and the National Student Legal Defense Network (collectively, "*Amici*") respectfully move under Local Civil Rule 7(o) for leave to file a brief as *amici curiae* in support of Defendants' motion to dismiss or in the alternative for summary judgment (ECF No. 21). Defendants consent to the filing of *Amici*'s proposed brief, and the Student Loan Servicing Alliance does not oppose the proposed brief's filing. A copy of *Amici*'s proposed brief is attached to this motion.

The Lawyers' Committee for Civil Rights Under Law ("Lawyers' Committee") is a tax-exempt, non-profit civil rights organization founded in 1963 at the request of President John F. Kennedy in order to mobilize the private bar in vindicating the civil rights of African Americans and other racial and ethnic minorities. The Lawyers' Committee is dedicated, among other goals, to eradicating all forms of racial discrimination in higher education affecting racial

minorities and other disadvantaged populations.  The Lawyers' Committee has a vested interest in ensuring that equal educational opportunities are available to students of all racial and ethnic backgrounds.

The Center for Responsible Lending ("CRL") is a non-profit organization dedicated to eliminating abusive practices in the market for consumer financial services and to ensuring that consumers benefit from the full range of consumer protection laws designed to prohibit unfair and deceptive practices by financial services providers.  CRL is an affiliate of Self-Help, a nonprofit based in North Carolina, with retail credit union branches in North Carolina, Virginia, Florida, California, Wisconsin, and Illinois.  CRL seeks to end abusive lending practices, including student loan servicers' failure to comply with their contractual and statutory obligations to borrowers.

The National Student Legal Defense Network ("NSLDN") is a nonpartisan, non-profit organization incorporated in the District of Columbia.  NSLDN's mission is to work, through a variety of means, to advance students' rights to educational opportunity and to ensure that higher education provides a launching point for economic mobility.  NSLDN works to promote the availabity and utility of robust consumer protection law for students and student laon borrowers across higher education and the student aid life cycle.

This case concerns the District of Columbia's Department of Insurance, Securities and Banking's (DISB) regulation of student loan servicing companies.  Plaintiff Student Loan Servicing Alliance (SLSA) asserts that DISB's regulations and the District's statute permitting the regulations are preempted by federal law.  *Amici* have a strong interest in preserving the traditional consumer protection role of states.  *Amici* are deeply concerned about the poor

servicing practices that have been widely recognized and documented by both states and the federal government. These practices often disproportionately hurt families of color and their communities. As advocates for students, *Amici* bring a perspective distinct from that of the Defendants in this case. Specifically, *Amici* can describe the unique harms suffered by students as a result of poor servicing practices, precisely the harms that DISB's regulations seek to address.

As explained above, this motion for leave to file *Amici*'s proposed brief is unopposed. The filing of the brief will not affect the current briefing schedule on Defendant's motion to dismiss. Therefore, *Amici*'s brief will not delay the Court's proceedings.

For the foregoing reasons, *Amici* respectfully request that the Court grant this motion for leave to file their *amicus* brief. Pursuant to Local Rule 7, a proposed order and copy of the proposed brief are attached.

Dated: September 10, 2018

        Respectfully submitted,

        /s *Martha U. Fulford*
        Martha U. Fulford
        (D.C. Bar Number 1011954)
        National Student Legal Defense Network
        1015 15th Street N.W., Suite 600
        Washington, D.C. 20005
        martha@nsldn.org
        (202) 734-7495

        *Attorney for Amicus National Student Legal Defense Network*

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served today, September 10, 2018, with a copy of this document via the Court's CM/ECF system.

/s *Martha U. Fulford*
Martha U. Fulford
(D.C. Bar Number 1011954)
National Student Legal Defense Network
1015 15th Street N.W., Suite 600
Washington, D.C. 20005
martha@nsldn.org
(202) 734-7495

*Attorney for Amicus National Student Legal Defense Network*