**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| STUDENT LOAN SERVICING ALLIANCE,<br><br>　　　　Plaintiff,<br><br>v.<br><br>STEPHEN C. TAYLOR;<br>CHARLES A BURT; and<br>DISTRICT OF COLUMBIA.<br><br>　　　　Defendants. | Civil Action No. 1:18-cv-0640 (PLF) |

**PLAINTIFF'S CROSS-MOTION FOR SUMMARY JUDGMENT**

Pursuant to Federal Rule of Civil Procedure 56 and LCvR 7, Plaintiff Student Loan Servicing Alliance ("SLSA") respectfully moves this Court for entry of an Order granting summary judgment in its favor. Federal law preempts both D.C. Law 21-214 and the final rules promulgated pursuant to it (the "Final Rules") that purport to regulate federal student loan servicers. In particular, SLSA moves for a declaratory judgment that D.C. Law 21-214 and the Final Rules (1) are preempted under conflict preemption because they (a) give the District of Columbia the power to determine who is fit or responsible to service federal student loans in the District, (b) make it impossible for federal student loan servicers to comply with both federal law and D.C. Law 21-214 and the Final Rules, and (c) constitute insurmountable obstacles to the federal government's ability to administer the federal student loan programs; (2) are preempted by Congress' occupation of the field of the regulation of the servicing of federal student loans; and (3) are in many respects expressly preempted by 20 U.S.C. § 1098g, and are therefore invalid. SLSA further requests that this Court issue an order permanently enjoining Defendants

from enforcing District of Columbia Law 21-214 and the Final Rules against federal student loan servicers. There is no genuine issue as to any material fact, and SLSA is entitled to judgment as a matter of law.

Pursuant to LCvR 7, SLSA is filing a Memorandum of Points and Authorities, a Statement of Material Facts, and Exhibits in support of this Motion. Oral argument on this Motion is scheduled for October 23, 2018 at 10:00 a.m.

SLSA respectfully prays that this Court enter an Order denying Defendants' Motion to Dismiss Plaintiff's Amended Complaint or, Alternatively, for Summary Judgment and granting Plaintiff's Cross-Motion for Summary Judgment.

Respectfully submitted this 21st day of September, 2018.

BROWNSTEIN HYATT FARBER SCHRECK, LLP

By: *s/ Christopher O. Murray*
Richard B. Benenson
Christopher O. Murray
David B. Meschke
410 17th Street, Suite 2200
Denver, CO 80202
Telephone: 303.223.1100
Fax: 303.223.1111
Email: rbenenson@bhfs.com
cmurray@bhfs.com
dmeschke@bhfs.com

*Attorneys for Plaintiff Student Loan Servicing Alliance*