**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| STUDENT LOAN SERVICING ALLIANCE,<br><br>Plaintiff,<br><br>v.<br><br>STEPHEN C. TAYLOR;<br>CHARLES A BURT; and<br>DISTRICT OF COLUMBIA.<br><br>Defendants. | Civil Action No. 1:18-cv-0640 (PLF) |

**DECLARATION OF W.A. ROGERS IN SUPPORT OF PLAINTIFF'S RESPONSE TO DEFENDANTS' MOTION TO DISMISS AND PLAINTIFF'S CROSS MOTION FOR SUMMARY JUDGMENT**

I, W.A. Rogers, declare as follows:

1. My name is W.A. Rogers, and I am over the age of 18. I make this Declaration based upon my personal knowledge of the facts and circumstances stated herein.

2. I am the Executive Vice President for the Oklahoma Student Loan Authority ("OSLA").

3. OSLA is a member of the Student Loan Servicing Alliance ("SLSA").

4. I have read the Declaration of Charles A. Burt in Support of Defendants' Motion to Dismiss Plaintiff's Amended Complaint or, in the Alternative, for Summary Judgment (the "Declaration").

Exhibit 2

5.  The Declaration contains incorrect statements regarding OSLA's servicing of student loans, namely that OSLA services private student loans for borrowers residing in the District of Columbia.

6.  OSLA does not currently service private student loans of borrowers residing in the District of Columbia.

7.  OSLA services one very small portfolio of private student loans originated prior to 2006 for less than 200 borrowers, most of whom reside in Oklahoma and its neighboring states, and none of whom currently resides in the District of Columbia.

8.  Rather, OSLA services only federal loans, including Direct Loans, Department-of-Education-owned FFELP loans and commercial FFELP loans, of borrowers who reside in the District of Columbia.

9.  On August 29, 2018, Trey Irwin, a Supervisory Examiner with the Department of Insurance, Securities and Banking for the District of Columbia ("DISB") sent OSLA an email.

10. In the email, Mr. Irwin reminds OSLA that student loan servicers of loans of borrowers residing in the District of Columbia are required to obtain a license from DISB and to submit a license application as soon as possible.

11. OSLA responded on September 6, 2018, stating that OSLA believes that federal law preempts the District of Columbia's law and regulations with respect to federal student loan servicers. A copy of the Mr. Irwin's email and OSLA's response are attached as Exhibit A.

12. OSLA also mentioned in its response that it does not currently service private student loans for any residents of the District of Columbia.

I declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct.

Executed on: 9-18-2018

Andy Rogers
W.A. ROGERS

## Andy Rogers

**From:** Mary Anne Evans <MEvans@osla.org>
**Sent:** Thursday, September 06, 2018 2:16 PM
**To:** 'Irwin, Trey (DISB)'
**Cc:** Williams, Brian (DISB); Rouse, Brian (DISB); Burt, Charles (DISB); Jim Farha; Andy Rogers; Alecia.George@oag.ok.gov; Jaime Price
**Subject:** RE: D.C. License Requirement

Mr. Irwin:

We are sending this email in response to the reminder email we received from you regarding the requirement to submit a license application as soon as possible to the D.C. Department of Insurance, Securities and Banking ("DISB").

The Oklahoma Student Loan Authority ("OSLA") is a member of the Student Loan Servicing Alliance ("SLSA"), which is currently involved in a federal lawsuit against the District of Columbia related to the District's regulations requiring student loan servicers to be licensed. It is the position of SLSA and OSLA that the District's regulations with respect to federal student loan servicers are preempted by federal law.

We have been advised that the D.C. federal district court will hold oral argument in this case on October 23, 2018. The federal district court will make a determination after oral argument as to whether the District's regulations requiring licensure of federal student loan servicers are preempted by federal law. We understood that DISB had indicated to SLSA that DISB would not enforce any of the District's licensing requirements or fees until this coming November.

OSLA neither makes private loans nor services any private loans in the District of Columbia.

Mary Anne Evans
VP Loan Management
OSLA
PO Box 18475
OKC, OK 73154-0475
Phone: 405.556.9232
FAX: 405.415.4432
https://public.osla.org

Like us on Facebook

OSLA
Student Loan Servicing

U.S. Department of Education
Information about your federal student loan

---

**From:** Irwin, Trey (DISB) [mailto:Trey.Irwin@dc.gov]
**Sent:** Wednesday, August 29, 2018 2:03 PM
**To:** Mary Anne Evans
**Cc:** Williams, Brian (DISB); Rouse, Brian (DISB); Burt, Charles (DISB)
**Subject:** D.C. License Requirement
**Importance:** High

Exhibit A

Hi Mary Ann, good afternoon,

Thanks for taking my call.

This email is a reminder that student loan servicers with borrowers residing in the District of Columbia are required to obtain a license from the D.C. Department of Insurance, Securities and Banking. As of August 29, 2018, our records indicate that OSLA Student Loan Servicing has not yet applied for a license. Please see NMLS for D.C. licensing requirements, and submit a license application as soon as possible.

For general licensing questions, please contact:

Monique Kerr, Licensing Division Manager
Monique.kerr@dc.gov
202.442.7841

Brian Rouse, Senior Licensing Specialist
Brian.Rouse@dc.gov
202.442.8104

If you believe OSLA does not require a license under D.C. law, please contact me at 202.442.7850 to discuss, or reply to this email.

Regards,

Trey M. Irwin
Supervisory Examiner, Depository Institutions and MSBs
Banking Bureau
D.C. Department of Insurance, Securities and Banking
1050 First St NE, Suite 801, Washington, DC 20002
Trey.Irwin@dc.gov
O: 202.442.7850
M: 727.560.6356

This e-mail message, including any attachments, is for the sole use of intended recipient(s) and may contain confidential information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please notify the sender immediately and destroy all copies of the original message.

**New Address: DISB has moved to 1050 First Street, NE, Suite 801, Washington, DC 20002, effective December 18, 2017.**