IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STUDENT LOAN SERVICING ALLIANCE,<br><br>    Plaintiff,<br><br>v.<br><br>STEPHEN C. TAYLOR, *et al.*,<br><br>    Defendants. | Civil Action No. 1:18-cv-0640 (PLF) |

### DECLARATION OF DAVID S. SCHWANKE IN SUPPORT OF PLAINTIFF'S RESPONSE TO DEFENDANTS' MOTION TO DISMISS AND PLAINTIFF'S CROSS MOTION FOR SUMMARY JUDGMENT

I, David S. Schwanke, declare as follows:

1. I am over the age of 18. I make this Declaration based upon my personal knowledge of the facts and circumstances stated herein.

2. I am the Deputy Executive Director for the Utah Higher Education Assistance Authority dba CornerStone Education Loan Services ("UHEAA").

3. UHEAA is a member of the Student Loan Servicing Alliance ("SLSA").

4. I have read the Declaration of Charles A. Burt in Support of Defendants' Motion to Dismiss Plaintiff's Amended Complaint or, in the Alternative, for Summary Judgment (the "Declaration").

5. The Declaration contains misleading statements regarding UHEAA's servicing of student loans, namely that UHEAA services private student loans for borrowers residing in the District of Columbia.

Exhibit 3

6. UHEAA does not service private student loans of borrowers residing in the District of Columbia.

7. Although UHEAA issues private student loans to Utah residents or students attending Utah public institutions of higher education and may move the servicing of those loans in-house in the future, UHEAA does not currently service private student loans anywhere in the United States.

8. With regard to borrowers who reside in the District of Columbia, UHEAA services only federal loans, including Direct Loans and commercial FFELP loans.

9. On August 29, 2018, Trey Irwin, a Supervisory Examiner with the Department of Insurance, Securities and Banking for the District of Columbia ("DISB") sent UHEAA an email.

10. In the email, Mr. Irwin reminds UHEAA that student loan servicers with borrowers residing in the District of Columbia are required to obtain a license from the D.C. DISB and to submit a license application as soon as possible.

11. UHEAA responded to Mr. Irwin on August 31, 2018, stating UHEAA believes that in accordance with D.C. Code § 31-106.02(b)(1), Utah Higher Education Assistance Authority (UHEAA) is not required to obtain a Student Loan Servicer License. Copies of Mr. Irwin's email and UHEAA's response are attached as Exhibit A.

I declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct.

Executed on: 9/20/2018

_____
DAVID S. SCHWANKE

| | |
|---|---|
| From: | Teri Vig |
| To: | "Irwin, Trey (DISB)" |
| Cc: | Williams, Brian (DISB); Kerr, Monique (DISB); Rouse, Brian (DISB); Burt, Charles (DISB); Dave Schwanke; Kevin Coombs |
| Subject: | RE: D.C. Student Loan Servicer Licensing Requirement |
| Date: | Friday, August 31, 2018 3:08:20 PM |

Dear Trey,

Thank you for your inquiry of August 29, 2018. We believe that in accordance with D.C. Code § 31-106.02(b)(1), Utah Higher Education Assistance Authority (UHEAA) is not required to obtain a Student Loan Servicer License. Under that statute, UHEAA is exempt as an "other loan company" that has a license or charter from the U.S. Department of Education to do business as a servicer of federal student loans.

Do you agree with our understanding of D.C. Code § 31-106.02(b)(1)?

Sincerely,

Teri Vig
Compliance Administrator
Utah Higher Education Assistance Authority

---

**From:** Irwin, Trey (DISB) <Trey.Irwin@dc.gov>
**Sent:** Wednesday, August 29, 2018 1:12 PM
**To:** Teri Vig <tvig@utahsbr.edu>
**Cc:** Williams, Brian (DISB) <BrianP.Williams@dc.gov>; Kerr, Monique (DISB) <monique.kerr@dc.gov>; Rouse, Brian (DISB) <brian.rouse@dc.gov>; Burt, Charles (DISB) <Charles.Burt@dc.gov>
**Subject:** D.C. Student Loan Servicer Licensing Requirement
**Importance:** High

Hi Teri, good afternoon,

My name is Trey Irwin and I'm a supervisory examiner with the D.C. Department of Insurance, Securities and Banking.

This email is a reminder that student loan servicers with borrowers residing in the District of Columbia are required to obtain a license from the D.C. Department of Insurance, Securities and Banking. As of August 29, 2018, our records indicate that Utah Higher Education Assistance Authority (d/b/a CornerStone) has not yet applied for a license. Please see NMLS for D.C. licensing requirements, and submit a license application as soon as possible.

For general licensing questions, please contact:

    Monique Kerr, Licensing Division Manager
    Monique.kerr@dc.gov

**Exhibit A**

202.442.7841

Brian Rouse, Senior Licensing Specialist
Brian.Rouse@dc.gov
202.442.8104

If you believe CornerStone does not require a license under D.C. law, please contact me at 202.442.7850 to discuss, or reply to this email.

Regards,


Trey M. Irwin
Supervisory Examiner, Depository Institutions and MSBs
Banking Bureau
D.C. Department of Insurance, Securities and Banking
1050 First St NE, Suite 801, Washington, DC 20002
Trey.Irwin@dc.gov
O: 202.442.7850
M: 727.560.6356



This e-mail message, including any attachments, is for the sole use of intended recipient(s) and may contain confidential information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please notify the sender immediately and destroy all copies of the original message.

**New Address: DISB has moved to 1050 First Street, NE, Suite 801, Washington, DC 20002, effective December 18, 2017.**