## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STUDENT LOAN SERVICING ALLIANCE, | |
| Plaintiff, | |
| v. | Civil Action No. 1:18-cv-0640 (PLF) |
| STEPHEN C. TAYLOR; CHARLES A BURT; and DISTRICT OF COLUMBIA. | |
| Defendants. | |

### DECLARATION OF JEFF CROSBY IN SUPPORT OF PLAINTIFF'S RESPONSE TO DEFENDANTS' MOTION TO DISMISS AND PLAINTIFF'S CROSS MOTION FOR SUMMARY JUDGMENT

I, Jeff Crosby, declare as follows:

1.    My name is Jeff Crosby, and I am over the age of 18.  I make this Declaration based upon my personal knowledge of the facts and circumstances stated herein.

2.    I am the President and CEO for Great Lakes Educational Loan Servicing, Inc. ("Great Lakes")

3.    Great Lakes is a member of the Student Loan Servicing Alliance ("SLSA").

4.    I have read the Declaration of Charles A. Burt in Support of Defendants' Motion to Dismiss Plaintiff's Amended Complaint or, in the Alternative, for Summary Judgment (the "Declaration").

5.    The Declaration contains incorrect statements regarding Great Lakes' servicing of student loans, namely that Great Lakes services private student loans for borrowers residing in the District of Columbia.

Exhibit 4

6.     Great Lakes does not service private student loans of borrowers residing in the District of Columbia.

7.     In fact, Great Lakes does not service private student loans anywhere in the United States.

8.     Rather, Great Lakes services only federal student loans owned by the U.S. Department of Education, including Direct Loans and Department-of-Education-owned FFELP loans, of borrowers who reside in the District of Columbia, and elsewhere in the United States.

9.     On August 29, 2018, Trey Irwin, a Supervisory Examiner with the Department of Insurance, Securities and Banking for the District of Columbia ("DISB") sent Great Lakes an email.

10.     In the email, Mr. Irwin reminds Great Lakes that student loan servicers of loans of borrowers residing in the District of Columbia are required to obtain a license from DISB and to submit a license application as soon as possible.

11.     Great Lakes responded on September 4, 2018, stating that Great Lakes believes that federal law preempts the District of Columbia's law and regulations with respect to federal student loan servicers. A copy of the email and Great Lakes' response is attached as Exhibit A.

12.     Great Lakes also mentioned that it does not service any private student loans.

I declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct.


Executed on: September 19, 2018

Jeff Crosby
*President and Chief Executive Officer*
Great Lakes Educational Loan Services, Inc.

| | |
|---|---|
| **From:** | Ketterer, Anton |
| **To:** | Irwin, Trey (DISB) |
| **Cc:** | Williams, Brian (DISB); Kerr, Monique (DISB); Rouse, Brian (DISB); Burt, Charles (DISB) |
| **Subject:** | RE: D.C. Student Loan Servicer Licensing Requirement |
| **Date:** | Tuesday, September 4, 2018 10:51:54 AM |
| **Attachments:** | image002.png |

Mr. Irwin,

Thank you for your message and recent voice mail. Great Lakes Educational Loan Services, Inc. is a member of the Student Loan Servicing Alliance ("SLSA"), and SLSA is currently engaged in a lawsuit in federal court against the District of Columbia regarding student loan servicer licensing.  Great Lakes and SLSA's position is that federal law preempts the District's law with respect to federal student loan servicers.

My understanding is that the D.C. federal district court will hear arguments for this case on October 23. After that, the district court will decide whether federal law preempts the District's law and rules requiring federal student loan servicers to be licensed. We are also operating under Department of Insurance, Securities, and Banking's prior statement that it would not enforce the licensing requirements, assessment fees, and other requirements in the District's law and rules until this upcoming November.  We thought this was most appropriate given that Great Lakes does not service private student loans, where preemption arguments are not applicable.

Thank you,



**Tony P Ketterer**
Manager-Admin Services

---

**Nelnet**  |  Madison, WI
**p:** 608.246.1612  |  **m:** 608.220.3958
**f:** 608.246.1481
aketterer@glhec.org

---

**From:** Irwin, Trey (DISB) <Trey.Irwin@dc.gov>
**Sent:** Wednesday, August 29, 2018 2:22 PM
**To:** Ketterer, Anton <AKetterer@glhec.org>
**Cc:** Williams, Brian (DISB) <BrianP.Williams@dc.gov>; Kerr, Monique (DISB) <monique.kerr@dc.gov>; Rouse, Brian (DISB) <brian.rouse@dc.gov>; Burt, Charles (DISB) <Charles.Burt@dc.gov>
**Subject:** D.C. Student Loan Servicer Licensing Requirement

Hi Tony, good afternoon,

My name is Trey Irwin and I'm a supervisory examiner with the D.C. Department of Insurance, Securities and Banking.

<div style="text-align:right; color:red; border:2px solid red; display:inline-block;">Exhibit A</div>

This email is a reminder that student loan servicers with borrowers residing in the District of Columbia are required to obtain a license from the D.C. Department of Insurance, Securities and Banking. As of August 29, 2018, our records indicate that Great Lakes Educational Loan Services (Great Lakes) has not yet applied for a license. Please see NMLS for D.C. licensing requirements, and submit a license application as soon as possible.

For general licensing questions, please contact:

> Monique Kerr, Licensing Division Manager
> Monique.kerr@dc.gov
> 202.442.7841
>
> Brian Rouse, Senior Licensing Specialist
> Brian.Rouse@dc.gov
> 202.442.8104

If you believe Great Lakes does not require a license under D.C. law, please contact me at 202.442.7850 to discuss, or reply to this email.

Regards,


Trey M. Irwin
Supervisory Examiner, Depository Institutions and MSBs
Banking Bureau
D.C. Department of Insurance, Securities and Banking
1050 First St NE, Suite 801, Washington, DC 20002
Trey.Irwin@dc.gov
O: 202.442.7850
M: 727.560.6356



This e-mail message, including any attachments, is for the sole use of intended recipient(s) and may contain confidential information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please notify the sender immediately and destroy all copies of the original message.

**New Address: DISB has moved to 1050 First Street, NE, Suite 801, Washington, DC 20002, effective December 18, 2017.**