IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STUDENT LOAN SERVICING ALLIANCE,<br><br>Plaintiff,<br><br>v.<br><br>STEPHEN C. TAYLOR;<br>CHARLES A BURT; and<br>DISTRICT OF COLUMBIA.<br><br>Defendants. | Civil Action No. 1:18-cv-0640 (PLF) |

### DECLARATION OF LISA A. DIXON IN SUPPORT OF
### PLAINTIFF'S RESPONSE TO DEFENDANTS' MOTION TO DISMISS AND
### PLAINTIFF'S CROSS MOTION FOR SUMMARY JUDGMENT

I, Lisa A. Dixon, declare as follows:

1. I am over the age of 18. I make this Declaration based upon my personal knowledge of the facts and circumstances stated herein.

2. I am the Chief Financial Officer for Nelnet Diversified Solutions, LLC, which is the parent company of Nelnet Servicing, LLC (collectively, "Nelnet").

3. Nelnet is a member of the Student Loan Servicing Alliance ("SLSA").

4. Nelnet services both federal and private student loans of borrowers who reside in the District of Columbia.

5. On August 29, 2018, Trey Irwin, a Supervisory Examiner with the Department of Insurance, Securities and Banking for the District of Columbia ("DISB") sent Nelnet an email.

Exhibit 5

6.   In the email, Mr. Irwin reminds Nelnet that student loan servicers of loans of borrowers residing in the District of Columbia are required to obtain a license from DISB and to submit a license application as soon as possible.

7.   Nelnet responded on August 31, 2018, stating that Nelnet believes that federal law preempts the District of Columbia's law and regulations with respect to the servicing of federal student loans. A copy of the email and Nelnet's response is attached as Exhibit A.

8.   Consistent with its practice in other states, Nelnet indicated that it is in the process of submitting to DISB a licensing application with respect to the private student loans it services of borrowers who reside in the District of Columbia.

I declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct.

Executed on: 09/19/2018

Lisa A. Dixon
Chief Financial Officer
Nelnet Diversified Solutions, LLC

| | |
|---|---|
| **From:** | Haile, Hiruth |
| **To:** | Richard B. Benenson; dmeschke@bhfs.com; cmurray@bhfs.com |
| **Cc:** | Munn, Bill (Nelnet); Smith, Aisha |
| **Subject:** | FW: D.C. Student Loan Servicer Licensing Requirement |
| **Date:** | Friday, August 31, 2018 12:00:09 PM |
| **Attachments:** | image002.png |

Hello,

Below is a copy of Nelnet's response sent to Mr. Irwin.

Thank you,
Hiruth



**Hiruth Haile**
Senior Compliance Officer, Corporate Compliance

Nelnet / Suite 900 / Wells Fargo / Lincoln, NE
**p:** 402-458-3012
hiruth.haile@nelnet.net

**From:** Dixon, Lisa
**Sent:** Friday, August 31, 2018 11:51 AM
**To:** Irwin, Trey (DISB) <Trey.Irwin@dc.gov>
**Cc:** Williams, Brian (DISB) <BrianP.Williams@dc.gov>; Kerr, Monique (DISB) <monique.kerr@dc.gov>; Rouse, Brian (DISB) <brian.rouse@dc.gov>; Burt, Charles (DISB) <Charles.Burt@dc.gov>
**Subject:** RE: D.C. Student Loan Servicer Licensing Requirement

Good afternoon Mr. Irwin,

We are in receipt of your August 29, 2018 email regarding the requirement to submit a student loan servicing license application to the D.C. Department of Insurance, Securities and Banking ("DISB"). As you may know, the Student Loan Servicing Alliance ("SLSA"), of which Nelnet Servicing, LLC (Nelnet) is a member, is currently engaged in a lawsuit in the United States District Court for the District of Columbia challenging the District's student loan servicing provisions, which impose additional requirements and fees on Federal student loan servicers beyond what's already provided by Federal law. In line with SLSA, it is Nelnet's belief that Federal law preempts the District's regulation of Federal student loan servicers.

With respect to the current lawsuit, the court is scheduled to hear arguments on this matter on October 23, and it is our understanding the court will thereafter make its decision on whether Federal law preempts the District's law and rules. It is also our understanding that DISB previously expressed to SLSA and its members that it would refrain from enforcing the requirements of the District's law and rules, including the requirement to be licensed,

**Exhibit A**

until November 1, when the first annual report becomes due. As such, we respectfully request that DISB allow us to submit application materials with respect to the servicing of our Federal student loans in accordance with the agreed upon time frame. Nelnet Servicing, LLC is, however, in the process of submitting an application for licensure with respect to the servicing of our private student loans.

Thank you,



**Lisa Dixon**
CFO, Nelnet Diversified Solutions

**Nelnet**  |  Lincoln, NE
**p:** 402.458.2332   |   **m:** 402.304.9363
Lisa.Dixon@Nelnet.net

---

**From:** Irwin, Trey (DISB) <Trey.Irwin@dc.gov>
**Sent:** Wednesday, August 29, 2018 2:31 PM
**To:** Dixon, Lisa <Lisa.Dixon@nelnet.net>
**Cc:** Williams, Brian (DISB) <BrianP.Williams@dc.gov>; Kerr, Monique (DISB) <monique.kerr@dc.gov>; Rouse, Brian (DISB) <brian.rouse@dc.gov>; Burt, Charles (DISB) <Charles.Burt@dc.gov>
**Subject:** D.C. Student Loan Servicer Licensing Requirement
**Importance:** High

Hi Lisa, good afternoon,

My name is Trey Irwin and I'm a supervisory examiner with the D.C. Department of Insurance, Securities and Banking.

This email is a reminder that student loan servicers with borrowers residing in the District of Columbia are required to obtain a license from the D.C. Department of Insurance, Securities and Banking. As of August 29, 2018, our records indicate that Nelnet Servicing LLC (Nelnet) has not yet applied for a license. Please see NMLS for D.C. licensing requirements, and submit a license application as soon as possible.

For general licensing questions, please contact:

> Monique Kerr, Licensing Division Manager
> Monique.kerr@dc.gov
> 202.442.7841
>
> Brian Rouse, Senior Licensing Specialist
> Brian.Rouse@dc.gov
> 202.442.8104

If you believe Nelnet does not require a license under D.C. law, please contact me at 202.442.7850 to discuss, or reply to this email.

Regards,


Trey M. Irwin
Supervisory Examiner, Depository Institutions and MSBs
Banking Bureau
D.C. Department of Insurance, Securities and Banking
1050 First St NE, Suite 801, Washington, DC 20002
Trey.Irwin@dc.gov
O: 202.442.7850
M: 727.560.6356



This e-mail message, including any attachments, is for the sole use of intended recipient(s) and may contain confidential information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please notify the sender immediately and destroy all copies of the original message.


**New Address: DISB has moved to 1050 First Street, NE, Suite 801, Washington, DC 20002, effective December 18, 2017.**