IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

STUDENT LOAN SERVICING ALLIANCE,

    Plaintiff,

v.

STEPHEN C. TAYLOR;
CHARLES A BURT; and
DISTRICT OF COLUMBIA.

    Defendants.

Civil Action No. 1:18-cv-0640 (PLF)

### DECLARATION OF JAMES J. JARECKI IN SUPPORT OF PLAINTIFF'S RESPONSE TO DEFENDANTS' MOTION TO DISMISS AND PLAINTIFF'S CROSS MOTION FOR SUMMARY JUDGMENT

I, James J. Jarecki, declare as follows:

1. I am over the age of 18. I make this Declaration based upon my personal knowledge of the facts and circumstances stated herein.

2. I am the Associate Chief Counsel for the Pennsylvania Higher Education Assistance Agency ("PHEAA")

3. PHEAA is a member of the Student Loan Servicing Alliance ("SLSA").

4. PHEAA services both federal and private student loans of borrowers who reside in the District of Columbia.

5. On August 29, 2018, Trey Irwin, a Supervisory Examiner with the Department of Insurance, Securities and Banking for the District of Columbia ("DISB") sent an email to Ms. Stephanie Martella, who is a Senior Vice President at PHEAA.

Exhibit 6

6. In the email, Mr. Irwin reminds PHEAA that student loan servicers of loans of borrowers residing in the District of Columbia are required to obtain a license from DISB and to submit a license application as soon as possible.

7. On behalf of PHEAA, I responded on August 31, 2018, stating that PHEAA believes that federal law preempts the District of Columbia's law and regulations with respect to the servicing of federal student loans. A copy of the email and PHEAA's response is attached as Exhibit A.

8. I also indicated in the response that PHEAA would consider registering for a servicing license with respect to the private student loans it services for borrowers who reside in the District of Columbia, and asked for a response whether DISB's system permits such a limited filing.

9. To date, I have not received any response from DISB, and I am unaware of anyone at PHEAA receiving any further response from DISB.

I declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct.

Executed on: 9-20-18

_____
James J. Jarecki



**DC Student Loan Servicer Requirements - response from PHEAA**
James J Jarecki    to: Irwin, Trey (DISB)                                                08/31/2018 04:43 PM
Cc: "Williams, Brian (DISB)", "Rouse, Brian (DISB)", "Burt, Charles (DISB)", "Kerr, Monique (DISB)", Linda Randby
Bcc: James H Steeley, Scott E Miller, Stephanie M Martella

Mr. Irwin:

Your email to Stephanie Martella, Senior Vice President at PHEAA, was forwarded to me for review and response.

As I trust you are aware, the Student Loan Servicing Alliance ("SLSA") commenced litigation against the District of Columbia over its student loan servicing licensing requirements. See Student Loan Servicing Alliance v. Taylor, et al., No. 1:18-cv-00640-PLF, USDC, District of Columbia. A review of the federal docket suggests a hearing has been scheduled on October 23, 2018 regarding this issue. Accordingly, PHEAA will respectfully refrain from registering until the federal trial court has determined whether such a licensing requirement by DC is even permissible.

With that said, and if your licensing system allows, PHEAA would consider registering for a servicing license only as it relates to its private student loan portfolio (i.e., loans not owned or held by the United States Department of Education). Please advise at your convenience if you system permits such a limited filing, and if it does, PHEAA will consider moving forward with that process.

Many thanks for your attention to this matter. I would kindly ask all future communications be addressed to me directly and our General Counsel, Linda J. Randy, Esq. (copied on this email). Your anticipated cooperation is appreciated.


James J. Jarecki, Esq.
Associate Chief Counsel
AES/PHEAA Legal & Compliance Services
1200 N. 7th Street
Harrisburg, PA 17102
telephone # (717) 720-1568
fax # (717) 720-3911

Exhibit A



**Fw: [external]D.C. Student Loan Servicer Licensing Requirement**
Stephanie M Martella    to:  James J Jarecki                                    08/30/2018 09:48 AM
Cc:  Amanda Foster, Linda Randby

----- Forwarded by Stephanie M Martella/PHEAA on 08/30/2018 09:48 AM -----

| | |
|---|---|
| From: | "Irwin, Trey (DISB)" <Trey.Irwin@dc.gov> |
| To: | "smartell@pheaa.org" <smartell@pheaa.org> |
| Cc: | "Williams, Brian (DISB)" <BrianP.Williams@dc.gov>, "Kerr, Monique (DISB)" <monique.kerr@dc.gov>, "Rouse, Brian (DISB)" <brian.rouse@dc.gov>, "Burt, Charles (DISB)" <Charles.Burt@dc.gov> |
| Date: | 08/29/2018 03:15 PM |
| Subject: | [external]D.C. Student Loan Servicer Licensing Requirement |

Hi Stephanie, good afternoon,

My name is Trey Irwin and I'm a supervisory examiner with the D.C. Department of Insurance, Securities and Banking.

This email is a reminder that student loan servicers with borrowers residing in the District of Columbia are required to obtain a license from the D.C. Department of Insurance, Securities and Banking. As of August 29, 2018, our records indicate that Pennsylvania Higher Education Assistance Agency (d/b/a PHEAA) has not yet applied for a license. Please see NMLS for D.C. licensing requirements, and submit a license application as soon as possible.

For general licensing questions, please contact:

> Monique Kerr, Licensing Division Manager
> Monique.kerr@dc.gov
> 202.442.7841
>
> Brian Rouse, Senior Licensing Specialist
> Brian.Rouse@dc.gov
> 202.442.8104

If you believe PHEAA does not require a license under D.C. law, please contact me at 202.442.7850 to discuss, or reply to this email.

Regards,


Trey M. Irwin
Supervisory Examiner, Depository Institutions and MSBs
Banking Bureau
D.C. Department of Insurance, Securities and Banking
1050 First St NE, Suite 801, Washington, DC 20002
Trey.Irwin@dc.gov

O: 202.442.7850
M: 727.560.6356



This e-mail message, including any attachments, is for the sole use of intended recipient(s) and may contain confidential information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please notify the sender immediately and destroy all copies of the original message.

## New Address: DISB has moved to 1050 First Street, NE, Suite 801, Washington, DC 20002, effective December 18, 2017.