UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STUDENT LOAN SERVICING ALLIANCE,<br><br>　　　*Plaintiff*,<br><br>v.<br><br>STEPHEN C. TAYLOR, *et al.*,<br><br>　　　*Defendants.* | Civil Action No. 18-640 (PLF) |

## NOTICE OF APPEAL

Notice is given that defendants appeal to the United States Court of Appeals for the District of Columbia Circuit from the final Order entered by this Court on November 21, 2018 (ECF No. 38) denying defendants' motion for summary judgment and granting plaintiff's cross-motion for summary judgment as to plaintiff's Claim One, and all orders merged therein.

Dated:  December 20, 2018.　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　KARL A. RACINE
　　　　　　　　　　　　　　　　　Attorney General for the District of Columbia

　　　　　　　　　　　　　　　　　TONI MICHELLE JACKSON
　　　　　　　　　　　　　　　　　Deputy Attorney General
　　　　　　　　　　　　　　　　　Public Interest Division

　　　　　　　　　　　　　　　　　*/s/ Fernando Amarillas*
　　　　　　　　　　　　　　　　　FERNANDO AMARILLAS [974858]
　　　　　　　　　　　　　　　　　Chief, Equity Section

　　　　　　　　　　　　　　　　　*/s/ Gregory M. Cumming*
　　　　　　　　　　　　　　　　　GREGORY M. CUMMING [1018173]
　　　　　　　　　　　　　　　　　JESSICA N. KRUPKE [1019967]
　　　　　　　　　　　　　　　　　Assistant Attorneys General

441 Fourth Street, N.W., Suite 630 South
Washington, D.C.  20001
(202) 724-6627
(202) 715-7769 (fax)
gregory.cumming@dc.gov

*Counsel for Defendants*