# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

Civil Action No. 18-640 (PLF)

STUDENT LOAN SERVICING ALLIANCE,

    Plaintiff,

v.

STEPHEN C. TAYLOR;
CHARLES A. BURT; and
DISTRICT OF COLUMBIA.

    Defendants.

## NOTICE OF CROSS-APPEAL

Pursuant to Rule 4(a)(3) of the Federal Rules of Appellate Procedure, Plaintiff Student Loan Servicing Alliance ("SLSA"), by and through its undersigned counsel, gives notice that it hereby appeals to the United States Court of Appeals for the District of Columbia Circuit from the final Order of this Court on November 21, 2018 (ECF No. 38) (1) granting Defendants' alternative motion for summary judgment on Claim One as it relates to Commercial FFELP loans; (2) denying SLSA's motion for summary judgment on Claim One as it relates to Commercial FFELP loans; and (3) declaring that federal law does not preempt D.C. Law 21-214 and the Final Rules as applied to the servicing of Commercial FFELP loans.

Respectfully submitted this 3rd day of January 2019.

        BROWNSTEIN HYATT FARBER SCHRECK, LLP

By:   *s/ Christopher O. Murray*
      Richard B. Benenson
      Christopher O. Murray
      David B. Meschke
      410 17th Street, Suite 2200
      Denver, CO 80202
      Telephone: 303.223.1100
      Fax: 303.223.1111
      Email: rbenenson@bhfs.com
            cmurray@bhfs.com
            dmeschke@bhfs.com

*Counsel for Plaintiff*

18366828